**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
MIDLAND/ODESSA DIVISION**

| | |
|---|---|
| **IMELDA GARCIA,** § | |
| *Plaintiff,* § | |
| § | |
| v. § | NO.   MO:17-CV-00014 DC |
| § | |
| **J.B. HUNT TRANSPORT, INC., ET AL.,** § | |
| *Defendants.* § | |

**FINAL ORDER OF DISMISSAL WITH PREJUDICE**

It is ORDERED the above-styled and numbered cause is DISMISSED WITH PREJUDICE, pursuant to Fed. R. Civ. P. 41(a) and based upon the parties' Joint Stipulation of Dismissal (Doc. 121) filed July 22, 2020.

IT IS FURTHER ORDERED that all attorney fees, expenses and court costs shall be borne by the party incurring same. All other relief not expressly granted herein is DENIED.

IT IS FINALLY ORDERED that all pending motions, if any, are DENIED AS MOOT.

It is so **ORDERED**.

SIGNED this 23rd day of July, 2020.

_____
DAVID  COUNTS
UNITED STATES DISTRICT JUDGE